UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., a Delaware Corporation,<br><br>                           Plaintiff,<br><br>v.<br><br>DANIEL POWERS, an individual,<br><br>                           Defendant. | No. 2:12-cv-1911<br><br>**DEFENDANT DANIEL POWERS' NOTICE OF REMOVAL** |

**TO:  THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1332, 1441(a) and 1446, Defendant Daniel Powers ("Powers") hereby removes this action, initiated in the Superior Court of the State of Washington for King County, to this Court.

**I.     REMOVED CASE**

1.     The removed case is a civil action entitled *Amazon.com, Inc. v. Daniel A. Powers,* Case No. 12-2-34992-4SEA, filed in King County Superior Court on October 26, 2012.  *See* Decl. of Keith D. Petrak in Supp. of Def.'s Notice of Removal ("Petrak Decl.), Ex. A ("Complaint").

2.     Plaintiff Amazon.com, Inc. ("Amazon"), a Delaware corporation with its principal place of business in Washington, filed the removed action against Powers, a citizen

DEFENDANT POWERS' NOTICE OF REMOVAL - 1

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

and resident of California.  Powers recently resigned from his position at Amazon, and accepted a position at Google, Inc.  Amazon seeks to prevent Powers from working at Google, and asserts purported claims for breach of contract and injunctive relief, among others.

3. Amazon filed this matter on October 26, 2012.  This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

4. Copies of this Notice of Removal and all other required papers are being served upon plaintiff's counsel and filed with the Clerk of the Superior Court of Washington, County of King, pursuant to 28 U.S.C. § 1446(d).

## II.   GROUNDS FOR REMOVAL:  DIVERSITY JURISDICTION

5. This Court has jurisdiction over this case on the basis of diversity of citizenship.  28 U.S.C. § 1332.  Therefore, this case may be removed to this Court under 28 U.S.C. § 1441.

6. This Court has original jurisdiction over this action because it is a civil action between citizens of different states and the matter in controversy exceeds $75,000.  *See* 28 U.S.C. §§ 1332 and 1441.

7. Powers relocated to California in September 2012, and California is now his permanent place of citizenship and domicile.

8. Amazon is now, and was at the time the complaint was filed, a resident of Delaware and Washington.  Compl. ¶ 9.

9. Complete diversity of citizenship exists.  *See* 28 U.S.C. § 1441(a).

10. The "amount in controversy" requirement is satisfied because Amazon alleges damages in excess of $75,000, and Powers' compensation at Google during the period that Amazon seeks to prevent him from working at Google will exceed $75,000.00.  Petrak Decl. ¶ 4.

11. Accordingly, removal of this case is proper under 28 U.S.C. §§ 1332 and 1441.

DEFENDANT POWERS' NOTICE OF REMOVAL - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

### III. DEMAND FOR JURY TRIAL

12. Powers hereby demands trial by jury on all issues so triable.

DATED this 29th day of October, 2012.

>BYRNES KELLER CROMWELL LLP
>
>By /s/ Keith D. Petrak
>     Keith D. Petrak, WSBA #19159
>1000 Second Avenue, 38th Floor
>Seattle, WA  98104
>Telephone:  (206) 622-2000
>Facsimile:    (206) 622-2522
>kpetrak@byrneskeller.com
>***Attorneys for Defendant Daniel Powers***

DEFENDANT POWERS' NOTICE OF REMOVAL - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 29th day of October, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and caused copies to be hand delivered to the following:

>Ladd Leavens
>Davis Wright Tremaine LLP
>1201 Third Avenue, Suite 2200
>Seattle, Washington  98101

>/s/ Keith D. Petrak
>Keith D. Petrak
>Byrnes Keller Cromwell LLP
>1000 Second Avenue, 38th Floor
>Seattle, WA  98104
>Telephone:  (206) 622-2000
>Facsimile:   (206) 622-2522
>kpetrak@byrneskeller.com

DEFENDANT POWERS' NOTICE OF REMOVAL - 4

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000